IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES R. WALLACE                                                    PLAINTIFF

V.                                  CASE NO. 3:05CV00120 GH

DANIEL J. GOOD, MD                                                  DEFENDANT

ORDER FOR NON-SUIT

Now before the Court is the Motion for Non-Suit of Plaintiff against Defendant

Daniel J. Good, MD, pursuant to Rule 41 of the Federal Rules of Civil Procedure.  The

motion should be, and it is hereby, granted, and this cause shall be dismissed without

prejudice against Daniel J. Good, M.D to the right of Plaintiff to refile this cause within

one year.

DATED this 18th day of May, 2006.


_____
Hon. George Howard
US District Judge